IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19MJ527 |
| vs. | |
| JOSE CARMEN GUZMAN SAMANIEGO, | ORDER FOR DISMISSAL |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 14) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss the Complaint (Filing No. 1) against Jose Carmen Guzman Samaniego without prejudice. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 14) is granted.
2. The Complaint (Filing No. 1) against Jose Carmen Guzman Samaniego is hereby dismissed without prejudice.

Dated this 9th day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge